B1 (Official Form 1) (4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Moser Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names);<br>**Interest in:  MPI-1 Plainfield West, LLC.; MPI-3 Oswego, LLC.; MPI-6 South Yorkville, LLC.; MPI-7 Plainfield West, LLC.; MPI-8 Plainfield South Assemblage, LLC.; MPI-11 Joliet Assemblage, LLC.; Seven Bridges Grill, LLC.; FMBF, LLC.; 711 Fairview, LLC.; Moser Plaza, LLC.; Naper Place, LLC.; Marquette Water Street/Webster Street District Development Partnership, LLC.; Henneberry West, LLC.; Seven Bridges Development, LLC.; SBD 1, LLC.; SBD 5, LLC.; SBD 7, LLC.; SBD 8, LLC.; MPI-1 Development, LLC.; MPI-South Carolina-1, LLC.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names); |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**36-2129110** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540**      ZIP CODE **60540-0000** | Street Address of Joint Debtor (No. & Street, City, and State):      ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                       THIS SPACE IS FOR COURT USE ONLY

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [X]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

**B1 (Official Form 1) (4/10)**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Moser Enterprises, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

        _____<br>        (Name of landlord that obtained judgment)

        _____<br>        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                          Page 4

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Moser Enterprises, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **John P. Zediker**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
Address

                    **Email:rbenjamin@querrey.com**
**(312)540-7000 Fax:(312)540-0578**
Telephone Number

**May 25, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John P. Zediker**
Signature of Authorized Individual

**John P. Zediker**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

**May 25, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moser Enterprises, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Goods and services | | 190.20 |
| Cbeyond Communication<br>13474 Collections Center Drive<br>Chicago, IL 60693 | Cbeyond Communication<br>13474 Collections Center Drive<br>Chicago, IL 60693 | Goods and services | | 1,072.78 |
| City of Naperville<br>400 S. Eagle Street<br>Naperville, IL 60540 | City of Naperville<br>400 S. Eagle Street<br>Naperville, IL 60540 | Goods and services | | 1,703.07 |
| Complete Cleaning Company, Inc.<br>615 Wheat Lane<br>Wood Dale, IL 60191-1161 | Complete Cleaning Company, Inc.<br>615 Wheat Lane<br>Wood Dale, IL 60191-1161 | Goods and services | | 793.75 |
| Dommermuth, Brestal, Cobine & West<br>123 Water Street<br>Naperville, IL 60566 | Dommermuth, Brestal, Cobine & West<br>123 Water Street<br>Naperville, IL 60566 | Legal fees | | 4,145.00 |
| Earthlink, Inc.<br>PO Box 7645<br>Atlanta, GA 30357-7645 | Earthlink, Inc.<br>PO Box 7645<br>Atlanta, GA 30357-7645 | Goods and services | | 119.75 |
| FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | Goods and services | | 171.92 |
| First Merit Bank f/k/a Midwest Bank<br>& Trust, Attn: Robert Fliss, SR VP<br>236  W. Lake St., Ste. 102<br>Bloomingdale, IL 60108 | First Merit Bank f/k/a Midwest Bank<br>& Trust, Attn: Robert Fliss, SR VP<br>236  W. Lake St., Ste. 102<br>Bloomingdale, IL 60108 | Loan and security agreement dated 5/19/06 and amended thereafter | Unliquidated | 16,100,000.00<br><br>(0.00 secured) |
| First Midwest Bank<br>One Pierce Place, Suite 1500<br>Attn: Joseph Judd, President<br>Itasca, IL 60143 | First Midwest Bank<br>One Pierce Place, Suite 1500<br>Attn: Joseph Judd, President<br>Itasca, IL 60143 | Limited guaranty of FMBF, LLC obligation | Unliquidated | 3,774,876.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Moser Enterprises, Inc.**                                        Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Henneberry Investment Company**<br>**c/o Jayne H Vidmar,**<br>**Registerd Agent**<br>**2445 Dougall Road**<br>**Joliet, IL 60433** | **Henneberry Investment Company**<br>**c/o Jayne H Vidmar, Registerd Agent**<br>**2445 Dougall Road**<br>**Joliet, IL 60433** | **Guaranty of Henneberry West, LLC.** | **Unliquidated** | **1,334,077.00** |
| **HiTec Water Solutions**<br>**1410 N. Meacham Road**<br>**Schaumburg, IL 60173** | **HiTec Water Solutions**<br>**1410 N. Meacham Road**<br>**Schaumburg, IL 60173** | **Goods and services** | | **96.00** |
| **Imagetec LP**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | **Imagetec LP**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | **Goods and services** | | **794.78** |
| **John P. Zediker**<br>**1088 Johnson Drive**<br>**Naperville, IL 60540** | **John P. Zediker**<br>**1088 Johnson Drive**<br>**Naperville, IL 60540** | **Vacation pay** | | **14,792.67** |
| **Karen L. Vinton**<br>**414 Stonemill Lane**<br>**Oswego, IL 60543** | **Karen L. Vinton**<br>**414 Stonemill Lane**<br>**Oswego, IL 60543** | **Vacation pay** | | **4,146.52** |
| **Katherine M. Ontko GST Exempt Trust**<br>**1315 Calvin Court**<br>**Naperville, IL 60540** | **Katherine M. Ontko GST Exempt Trust**<br>**1315 Calvin Court**<br>**Naperville, IL 60540** | **Goods and services** | | **29,782.52** |
| **Moser Plaza, LLC**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **Moser Plaza, LLC**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **Rental expenses** | | **31,656.83** |
| **Old Second National Bank**<br>**37 South River Street**<br>**Aurora, IL 60506** | **Old Second National Bank**<br>**37 South River Street**<br>**Aurora, IL 60506** | **Limited guaranty Naper Place, LLC** | **Unliquidated** | **5,611,084.00** |
| **Porter A. Moser GST Exempt Trust**<br>**601 Essex Court**<br>**Kirkwood, MO 63122** | **Porter A. Moser GST Exempt Trust**<br>**601 Essex Court**<br>**Kirkwood, MO 63122** | **Goods and services** | | **29,782.52** |
| **US Bank f/k/a Park National**<br>**44 West Madison**<br>**Attn: Leonard J. Dzielski, VP**<br>**Oak Park, IL 60302** | **US Bank f/k/a Park National**<br>**44 West Madison**<br>**Attn: Leonard J. Dzielski, VP**<br>**Oak Park, IL 60302** | **Limited guarantor of Seven Bridges Grill, LLC obligation** | **Unliquidated** | **334,985.00** |
| **Wendy Yaksich**<br>**11731 Cooper Way**<br>**Orland Park, IL 60467** | **Wendy Yaksich**<br>**11731 Cooper Way**<br>**Orland Park, IL 60467** | **Vacation pay** | | **6,011.70** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Moser Enterprises, Inc.**                                                   Case No.                            

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 27, 2010**                    Signature    **/s/ John P. Zediker**

                                                    **John P. Zediker**

                                                      **President and Chief Executive Officer**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                               Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Moser Enterprises, Inc.**
_____,
                    Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 3,762,767.55 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,100,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 24,950.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 11,155,412.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 3,762,767.55 | | |
| | | | Total Liabilities | 27,280,363.54 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moser Enterprises, Inc.**                                    ,      Case No. _____

                                                                Debtor

                                                                Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Moser Enterprises, Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|  |  | Total > | **0.00** | |
|  |  | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Moser Enterprises, Inc.**                                                    ,        Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Midwest Bank checking | - | 21,466.42 |
| | | Northern Trust | - | 51,526.13 |
| | | Midwest Bank money market | - | 640.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **73,632.55**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Moser Enterprises, Inc.**                                                                ,     Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1/3 member of MPI-1 Plainfield West, LLC 50 lots located southwest portion at 127th Street and Ridge Road, Plainfield, IL (net present value) | - | 205,000.00 |
| | | 1/3 member of MPI-3 Oswego, LLC 8.8 vacant acres southwest portion Tuscany Trail and Orchard Road, Oswego, IL (net present value) | - | 225,000.00 |
| | | 1/4 member of MPI-6 South Yorkville, LLC 704 vacant acres Northwest and Southwest portions of Rt. 47 and Walker Road, Kendall County, IL (net present value) | - | 1,075,000.00 |
| | | 25% MPI-7 Plainfield West, LLC. 120 vacant acres south portion of 127th Street one half mile West of Ridge Road, Plainfield, IL (net present value) | - | 230,000.00 |
| | | 29.3% member of MPI-8 Plainfield South Assemblage, LLC 1104 vacant acres located between Wheeler Road and Johnson Road, Plainfield, IL (net present value) | - | 10,000.00 |
| | | 25% member of MPI-11 Joliet Assemblage, LLC 304 vacant acres, north and south sides of Caton Farm Road between Ridge Road and Grove Road, Joliet, IL (net present value) | - | 460,000.00 |
| | | 40% member of Seven Bridges Grill, LLC Single story commercial, 6320 Rt 53, Woodridge, IL (net present value) | - | 210,000.00 |

Sub-Total >    2,415,000.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Moser Enterprises, Inc.** _____,   Case No. _____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 50% member of FMBF, LLC 118 vacant acres south side of Wooley Road west of Roth Road, Kendall County, IL 992,292 square feet, vacant land, southeast portion of U.S. Route 30 and 143rd Street, Plainfield, IL (net present value) | - | 10,000.00 |
| | | 25% member 711 Fairview, LLC 160,000 square feet industrial building, 711 Fairview Drive, DeKalb, IL (net present value) | - | 150,000.00 |
| | | 100% member Moser Plaza, LLC 3 story office building, 401 S. Main Street, Naperville, IL (net present value) | - | 10,000.00 |
| | | 45% member Naper Place, LLC 4 story mixed use, 129 S. Main Street, Naperville, IL (net present value) | - | 10,000.00 |
| | | 13.59% member Marquette Water Street/Webster Street District Development Partnership, LLC. 119 Water St., 123 Water St., 125 Water St., 124 Water St., 112 Water St. 2.35 acres Northeast and Northwest portions of Water Street and Webster Street (net present value) | - | 150,000.00 |
| | | 50% member Henneberry West, LLC. 180 vacant acres, southwest portion of Grove and Cherry Roads, Kendall County, IL (net present value) | - | 820,000.00 |
| | | 40% member Seven Bridges Development, LLC. 98,000 square feet vacant commercial at northwest corner IL Rt. 53 and Woodridge Drive, Woodridge, IL (net present value) | - | 10,000.00 |
| | | 40% member SBD 1, LLC. Restaurant use 6315 Main Street, Woodridge, IL (net present value) | - | 10,000.00 |
| | | 40% member SBD 5, LLC. 2 commercial retail single story 6325 Main Street, Woodridge, IL (net present value) | - | 10,000.00 |

Sub-Total >   **1,180,000.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Moser Enterprises, Inc.** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **40% member SBD 7, LLC.**<br>**3 story office building**<br>**6440 Main Street, Woodridge, IL**<br>**(net present value)** | - | **10,000.00** |
| | | **40% member SBD 8, LLC.**<br>**Single story single use commercial**<br>**6430 Main St., Woodridge, IL**<br>**(net present value)** | - | **10,000.00** |
| | | **33.3% member MPI-1 Development, LLC.**<br>**Retentions for final improvement**<br>**(net present value)** | - | **35,000.00** |
| | | **25% member MPI-South Carolina-1, LLC.**<br>**Retentions for legal fees**<br>**(net present value)** | - | **8,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **63,000.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Moser Enterprises, Inc.**                          ,      Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Expedition** | - | **21,135.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Liquidation value** | - | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                    Sub-Total >      **31,135.00**
                     (Total of this page)

Sheet __4__ of __4__ continuation sheets attached                 Total >      **3,762,767.55**
to the Schedule of Personal Property

                                (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Moser Enterprises, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **702987900001** | | | | **Loan and security agreement dated 5/19/06 and amended thereafter** | | | | | |
| **First Merit Bank f/k/a Midwest Bank & Trust, Attn: Robert Fliss, SR VP 236 W. Lake St., Ste. 102 Bloomingdale, IL 60108** | - | | | | | X | | | |
| | | | | Value $ 0.00 | | | | 16,100,000.00 | 16,100,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

_0_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 16,100,000.00 | 16,100,000.00 |
| Total (Report on Summary of Schedules) | 16,100,000.00 | 16,100,000.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Moser Enterprises, Inc.**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

 

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ __1__ _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Moser Enterprises, Inc.**                                         ,  Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. John P. Zediker 1088 Johnson Drive Naperville, IL 60540 | - | | Vacation pay | | | | 14,792.67 | 3,067.67 / 11,725.00 |
| Account No. Karen L. Vinton 414 Stonemill Lane Oswego, IL 60543 | - | | Vacation pay | | | | 4,146.52 | 0.00 / 4,146.52 |
| Account No. Wendy Yaksich 11731 Cooper Way Orland Park, IL 60467 | - | | Vacation pay | | | | 6,011.70 | 0.00 / 6,011.70 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 3,067.67 |
| | | 24,950.89 | 21,883.22 |
| | Total (Report on Summary of Schedules) | 3,067.67 |
| | | 24,950.89 | 21,883.22 |

B6F (Official Form 6F) (12/07)

In re   **Moser Enterprises, Inc.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3732-759591-84000<br><br>**American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | | - | **Goods and services** | | | | 190.20 |
| Account No. 685376002<br><br>**Aramark Uniform Services**<br>**4200 S. Halsted**<br>**Suite 603**<br>**Chicago, IL 60609** | | | **Goods and services** | | | | 38.44 |
| Account No. 630420-89301232<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** | | - | **Goods and services** | | | | 43.09 |
| Account No. 42602<br><br>**Cbeyond Communication**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** | | - | **Goods and services** | | | | 1,072.78 |
| __3__  continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 1,344.51 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:33609-100407   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moser Enterprises, Inc.**                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 36923-136086 | | | Goods and services | | | | |
| City of Naperville 400 S. Eagle Street Naperville, IL 60540 | | - | | | | | 1,703.07 |
| Account No. | | | Goods and services | | | | |
| Complete Cleaning Company, Inc. 615 Wheat Lane Wood Dale, IL 60191-1161 | | - | | | | | 793.75 |
| Account No. B0172 | | | Legal fees | | | | |
| Dommermuth, Brestal, Cobine & West 123 Water Street Naperville, IL 60566 | | - | | | | | 4,145.00 |
| Account No. 2337669 | | | Goods and services | | | | |
| Earthlink, Inc. PO Box 7645 Atlanta, GA 30357-7645 | | - | | | | | 119.75 |
| Account No. 1130-3772-5 | | | Goods and services | | | | |
| FedEx PO Box 94515 Palatine, IL 60094-4515 | | - | | | | | 171.92 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,933.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moser Enterprises, Inc.**                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **150020264-52526** <br><br> **First Midwest Bank** <br> **One Pierce Place, Suite 1500** <br> **Attn: Joseph Judd, President** <br> **Itasca, IL 60143** | X | - | | Limited guaranty of FMBF, LLC obligation | | X | | 3,774,876.00 |
| Account No. <br><br> **Henneberry Investment Company** <br> **c/o Jayne H Vidmar, Registerd Agent** <br> **2445 Dougall Road** <br> **Joliet, IL 60433** | X | - | | Guaranty of Henneberry West, LLC. | | X | | 1,334,077.00 |
| Account No. **13576** <br><br> **HiTec Water Solutions** <br> **1410 N. Meacham Road** <br> **Schaumburg, IL 60173** | | - | | Goods and services | | | | 96.00 |
| Account No. **NP0045** <br><br> **Imagetec LP** <br> **21146 Network Place** <br> **Chicago, IL 60673-1211** | | - | | Goods and services | | | | 794.78 |
| Account No. <br><br> **Katherine M. Ontko GST Exempt Trust** <br> **1315 Calvin Court** <br> **Naperville, IL 60540** | | - | | Goods and services | | | | 29,782.52 |

Sheet no. __**2**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,139,626.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moser Enterprises, Inc.**                                      ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Rental expenses | | | | |
| Moser Plaza, LLC 401 S. Main Street Suite 300 Naperville, IL 60540 | | | | | | | | 31,656.83 |
| Account No. 28778 | X | | - | Limited guaranty Naper Place, LLC | | X | | |
| Old Second National Bank 37 South River Street Aurora, IL 60506 | | | | | | | | 5,611,084.00 |
| Account No. | | | - | Goods and services | | | | |
| Porter A. Moser GST Exempt Trust 601 Essex Court Kirkwood, MO 63122 | | | | | | | | 29,782.52 |
| Account No. 01600500349 | X | | - | Limited guarantor of Seven Bridges Grill, LLC obligation | | X | | |
| US Bank f/k/a Park National 44 West Madison Attn: Leonard J. Dzielski, VP Oak Park, IL 60302 | | | | | | | | 334,985.00 |
| Account No. | | | | | | | | |

Sheet no. __3___ of __3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 6,007,508.35 |
| Total (Report on Summary of Schedules) | | 11,155,412.65 |

B6G (Official Form 6G) (12/07)

.

In re    **Moser Enterprises, Inc.**                                                          ,    Case No. _____
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **First Merit Bank f/k/a Midwest Bank & Trust, Attn: Robert Fliss, SR VP 236  W. Lake St., Ste. 102 Bloomingdale, IL 60108** | **Collateral assignment and agreement to assign membership interest of debtor dated 5/19/06** |
| **Moser Plaza, LLC 401 S. Main Street Suite 300 Naperville, IL 60540** | **Non-residential lease of real property dated 6/23/06 commonly described as   401 S. Main Street   Suite 300   Naperville, IL 60540 Terminates May 31, 2021** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Moser Enterprises, Inc.**                                                      ,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **F.B.F. Development, LLC**<br>**24605 103rd Street**<br>**Naperville, IL 60564** | **First Midwest Bank**<br>**One Pierce Place, Suite 1500**<br>**Attn: Joseph Judd, President**<br>**Itasca, IL 60143** |
| **FMBF, Inc.**<br>**401 S. Main St., Suite 300**<br>**Naperville, IL 60540** | **First Midwest Bank**<br>**One Pierce Place, Suite 1500**<br>**Attn: Joseph Judd, President**<br>**Itasca, IL 60143** |
| **Forest City - Harris Group**<br>**an IL Joint Venture**<br>**191 N. Wacker Dr., Ste. 1500**<br>**Chicago, IL 60606** | **US Bank f/k/a Park National**<br>**44 West Madison**<br>**Attn: Leonard J. Dzielski, VP**<br>**Oak Park, IL 60302** |
| **Henneberry West, LLC.**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **Henneberry Investment Company**<br>**c/o Jayne H Vidmar, Registerd Agent**<br>**2445 Dougall Road**<br>**Joliet, IL 60433** |
| **HPD Cambridge, Inc.**<br>**41 South Old Orchard**<br>**Suite A**<br>**Saint Louis, MO 63119** | **Old Second National Bank**<br>**37 South River Street**<br>**Aurora, IL 60506** |
| **Michael J. Steck**<br>**4431 White Ash Lane**<br>**Naperville, IL 60564** | **Henneberry Investment Company**<br>**c/o Jayne H Vidmar, Registerd Agent**<br>**2445 Dougall Road**<br>**Joliet, IL 60433** |
| **Naper Partners, LLC**<br>**765 Orchard Road**<br>**Aurora, IL 60507** | **Old Second National Bank**<br>**37 South River Street**<br>**Aurora, IL 60506** |
| **Naper Place, LLC**<br>**401 S. Main St.**<br>**Ste. 300**<br>**Naperville, IL 60540** | **Old Second National Bank**<br>**37 South River Street**<br>**Aurora, IL 60506** |
| **Ronald J. Wehrli**<br>**4431 White Ash Lane**<br>**Naperville, IL 60564** | **Henneberry Investment Company**<br>**c/o Jayne H Vidmar, Registerd Agent**<br>**2445 Dougall Road**<br>**Joliet, IL 60433** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    **Moser Enterprises, Inc.**                                      ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Seven Bridges Grill, LLC**<br>**a/k/a SBD Grill, LLC**<br>**401 S. Main St., Ste. 300**<br>**Naperville, IL 60540** | **US Bank f/k/a Park National**<br>**44 West Madison**<br>**Attn: Leonard J. Dzielski, VP**<br>**Oak Park, IL 60302** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Moser Enterprises, Inc.** _____   Case No. _____

Debtor(s)                        Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 27, 2010** _____     Signature   **/s/ John P. Zediker** _____

**John P. Zediker**

**President and Chief Executive Officer**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moser Enterprises, Inc.**                                         Case No.

                                                  Debtor(s)            Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$338,982.00** | **2009** |
| **$1,151,015.00** | **2008** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Moser Plaza, LLC**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **February 22, 2010 and March 24, 2010** | **$16,106.45** | **$31,656.83** |
| **City of Naperville**<br>**400 S. Eagle Street**<br>**Naperville, IL 60540** | **March 1, 2010, March 24, 2010, April 29, 2010** | **$6,663.53** | **$1,703.07** |
| **Transamerica Retirement Service**<br>**P.O. Box 54890**<br>**Los Angeles, CA 90054-9854** | **March 1, 2010, March 15, 2010, April 1, 2010, April 15, 2010, April 29, 2010, May 4, 2010, May 10, 2010** | **$12,724.26** | **$0.00** |
| **The Cincinnati Insurance Company** | **March 24, 2010** | **$4,152.00** | **$0.00** |
| **Henneberry West, LLC.**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **April 7, 2010** | **$21,800.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Crowe Horwath LLP**<br>**P.O. Box 145415**<br>**Cincinnati, OH 45250** | **August 17, 2009 to March 31, 2010** | **$63,157.50** | **$0.00** |
| **Dommermuth Brestal Cobine & West**<br>**123 Water Street**<br>**Naperville, IL 60540** | **August 13, 2009 to April 15, 2010** | **$30,903.55** | **$0.00** |
| **Frank M. Sweeney, CPA**<br>**450 Chesterfield Court**<br>**Oswego, IL 60543** | **June 1, 2009 to April 1, 2010** | **$20,000.00** | **$0.00** |

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John P. Zediker**<br>**1088 Johnson Drive**<br>**Naperville, IL 60540** | **August 17, 2009 to January 27, 2010** | **$2,647.40** | **$0.00** |
| **Katherine M. Ontko GST Exempt Trust**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **May 27, 2009 to July 10, 2009** | **$5,327.05** | **$29,782.52** |
| **McDermott Will & Emery**<br>**P.O. Box 2995**<br>**Carol Stream, IL 60132** | **October 8, 2009** | **$4,130.00** | **$0.00** |
| **Porter A. Moser GST Exempt Trust**<br>**401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** | **May 27, 2009 to July 10, 2009** | **$5,327.05** | **$29,782.52** |
| **Wendy Yaksich**<br>**11731 Cooper Way**<br>**Orland Park, IL 60467** | **November 17, 2009 to February 22, 2010** | **$649.49** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

**None** ■     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■     List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **May 2010** | **$15,000.00** |

### 10. Other transfers

**None** ☐     a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **NAR Business Park, LLC.**<br>**1805 High Grove Lane**<br>**Suite 101**<br>**Naperville, IL 60540** | **9/30/08** | **North Aurora Road vacant land**<br>**City of Naperville**<br>**$4,855,143.00** |
| **Linda Anthony**<br>**75 295 Camp Dean Road**<br>**Big Rock, IL 60511** | **5/14/10** | **170 acres vacant land**<br>**Shabonna Grove Road**<br>**1 mile east of IL Rt. 23**<br>**DeKalb County, IL**<br>**$1,203,327.88** |

5

None
☐　b.　List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Moser Plaza, Inc.** | **4/29/06** | **Assignment of ground lease for 401 S. Main Street, Naperville, IL** |

---

### 11.　Closed financial accounts

None
■　List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

### 12.　Safe deposit boxes

None
■　List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13.　Setoffs

None
■　List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

### 14.　Property held for another person

None
■　List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

### 15.　Prior address of debtor

None
■　If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Henneberry West, LLC** | 42-1574852 | **401 S. Main St. Suite 300 Naperville, IL 60540** | **50% ownership single asset real estate** | **December 3, 2002 to present** |
| **MPI-1 Plainfield West, LLC** | 02-0613841 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **33.3% ownership single asset real estate** | **September 6, 2002 to present** |
| **MPI-1 Development, LLC** | 37-1438124 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **33.3% ownership holding company** | **September 6, 2002 to present** |
| **MPI-3 Oswego, LLC** | 37-1438131 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **33.3% ownership single asset real estate** | **December 12, 2002 to present** |
| **MPI-6 South Yorkville, LLC** | 42-1563282 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **25% ownership single asset real estate** | **December 12, 2002 to present** |
| **MPI-7 Plainfield West, LLC** | 35-2189565 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **25% ownership single asset real estate** | **December 12, 2002 to present** |
| **MPI-8 Plainfield South Assemblage, LLC** | 38-3704961 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **29.33% ownership single asset real estate** | **2004 to present** |
| **MPI-11 Joliet Assemblage, LLC** | 20-2515648 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **25% ownership single asset real estate** | **2005 to present** |
| **MPI South Carolina-1, LLC** | 20-4550521 | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** | **25% ownership single asset real estate** | **March 17, 2006 to present** |
| **Seven Bridges Grill, LLC** | 20-1939900 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **40% ownership single asset real estate** | **October 2004 to present** |
| **FMBF, LLC** | 20-5233326 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **50% ownership multiple holder of real estate** | **August 16, 2006 to present** |
| **Marquette Water/Webster Street LLC** | 20-4058085 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **13.59% ownership multiple holder of real estate** | **May 29, 2007 to present** |
| **711 Fairview LLC** | 36-4421379 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **25% ownership single asset real estate** | **January 3, 2001 to present** |
| **Moser Plaza LLC** | 20-3606279 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **100% ownership single asset real estate** | **June 28, 2005 to present** |
| **Naper Place LLC** | 20-0174486 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **45% ownership single asset real estate** | **September 6, 2002 to present** |
| **MHF Valpo, LLC.** | 26-2028807 | **401 S. Main Street Suite 300 Naperville, IL 60540** | **50% ownership of contract to purchase real estate** | **10/17/07-6/30/09** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SBD, LLC. | 20-1048013 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 40% ownership development company and land holder | June 2004 to present |
| SBD 1, LLC. | 20-4133864 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 40% ownership single asset real estate | January 20, 2006 to present |
| SBD 5, LLC. | 20-4134182 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 40% ownership single asset real estate | January 20, 2006 to present |
| SBD 7, LLC. | 20-1939859 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 40% ownership single asset real estate | December 10, 2004 to present |
| SBD 8, LLC. | 20-2495420 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 40% ownership single asset real estate | March 15, 2005 to present |
| Moser Kensington LLC | 06-1676929 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 50% ownership single asset real estate | December 31, 2002 to October 2004 |
| Henneberry East, LLC. | 42-1574859 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 50% ownership single asset real estate | December 3, 2002 to May 31, 2008 |
| Tuscany Trail LLC. | 20-0442751 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 50% contract to buy land | December 2003 to December 2004 |
| Lake Point Towers, LLC. | 20-1984451 | 401 S. Main Street Suite 300 Naperville, IL 60540 | 100% ownership in single asset real estate | November 12, 2004 to August 31, 2004 |
| Jerseyhurst Investments, LLC. | 20-1984405 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 100% ownership single asset real estate | November 12, 2004 to November 12, 2004 |
| MHF Valpo, LLC. | 26-2028807 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 50% contract to buy land | October 17, 2007 to June 30, 2009 |
| MPI-1 South, LLC. | 37-1438126 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 33.3% ownership in single asset real estate | September 6, 2002 to July 31, 2007 |
| MPI-2 Central, LLC. | 37-1438129 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 33.3% ownership in single asset real estate | December 12, 2002 to April 30, 2008 |
| MPI-2 North, LLC. | 01-0709841 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 33.3% ownership in single asset real estate | December 12, 2002 to April 30, 2008 |
| MPI-2 South #1, LLC. | 37-1438130 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 33.3% ownership in single asset real estate | September 6, 2002 to April 30, 2008 |
| MPI-2 South #2, LLC. | 35-2189568 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 33.3% ownership in single asset real estate | December 12, 2002 to April 30, 2008 |
| MPI-5, LLC. | 42-1563279 | 401 S. Main St. Suite 300 Naperville, IL 60540 | 33.3% ownership in single asset real estate | December 12, 2002 to July 31, 2007 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MPI-10, LLC.** | **36-4564100** | **401 S. Main St. Suite 300 Naperville, IL 60540** | **33.3% ownership in contract to buy land** | **October 28, 2004 to August 31, 2008** |
| **MPI Florida, LLC.** | **20-3530231** | **401 S. Main St. Suite 300 Naperville, IL 60540** | **25% ownership in contract to buy land** | **September 27, 2005 to November 30, 2009** |

None ☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Henneberry West, LLC** | **401 S. Main St. Suite 300 Naperville, IL 60540** |
| **MPI-1 Plainfield West, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **MPI-3 Oswego, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **MPI-6 South Yorkville, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **MPI-7 Plainfield West, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **MPI-8 Plainfield South Assemblage, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **MPI-11 Joliet Assemblage, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **MPI South Carolina-1, LLC** | **535 Plainfield Rd. Suite B Willowbrook, IL 60527** |
| **Seven Bridges Grill, LLC** | **401 S. Main Street Suite 300 Naperville, IL 60540** |
| **711 Fairview LLC** | **401 S. Main Street Suite 300 Naperville, IL 60540** |
| **Moser Plaza LLC** | **401 S. Main Street Suite 300 Naperville, IL 60540** |
| **Naper Place LLC** | **401 S. Main Street Suite 300 Naperville, IL 60540** |
| **SBD 1, LLC.** | **401 S. Main Street Suite 300 Naperville, IL 60540** |

| NAME | ADDRESS |
|------|---------|
| **SBD 5, LLC.** | **401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **SBD 7, LLC.** | **401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **SBD 8, LLC.** | **401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **Moser Kensington LLC** | **401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **Henneberry East, LLC.** | **401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **Lake Point Towers, LLC.** | **401 S. Main Street**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **Jerseyhurst Investments, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **MPI-1 South, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **MPI-2 Central, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **MPI-2 North, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **MPI-2 South #1, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **MPI-2 South #2, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |
| **MPI-5, LLC.** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wendy Yaksich**<br>**Chief Operating Officer** | **2003 to present** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Crowe Horwath LLP** | **1 Mid America Plaza**<br>**Oak Brook, IL 60522** | **2007 to present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Wendy Yaksich** | **401 S. Main St.**<br>**Suite 300**<br>**Naperville, IL 60540** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Midwest Bank** | **August 2008, August 2009** |
| **Park National Bank** | **August 2008, August 2009** |
| **Old Second Bank** | **August 2008, August 2009** |

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                          DATE OF WITHDRAWAL

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Frederick Acker<br>543 N. Madison St.<br>Hinsdale, IL 60521 | Director | Apr 2010 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Mitchell H. Moser<br>709 Burning Tree Lane<br>Naperville, IL 60563<br>    Employee | May 26, 2009 to May 26, 2010<br>Gross Wages | $15,940.00 |
| Wendy L. Yaksich<br>11731 Cooper Way<br>Orland Park, IL 60467<br>    Employee | May 26, 2009 to May 26, 2010<br>Gross Wages | $135,124.90 |
| John P. Zediker<br>1088 Johnson Drive<br>Naperville, IL 60540<br>    Employee | May 26, 2009 to May 26, 2010<br>Gross Wages | $235,638.29 |
| Mitchell H. Moser<br>709 Burning Tree Lane<br>Naperville, IL 60563<br>    Employee | May 26, 2009 to May 26, 2010<br>Overhead Expense | $10,273.39 |
| Wendy L. Yaksich<br>11731 Cooper Way<br>Orland Park, IL 60467<br>    Employee | May 26, 2009 to May 26, 2010<br>Overhead expense | $34,820.45 |
| John P. Zediker<br>1088 Johnson Drive<br>Naperville, IL 60540<br>    Employee | May 26, 2009 to May 26, 2010<br>Overhead expense | $31,101.43 |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
☐    employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)
**Moser Enterprises, Inc. 401(k)/Profit Sharing
Administrator:  PENCO
contract #986427, dated 1/1/04**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 27, 2010**                               Signature  **/s/ John P. Zediker**
                                                                 **John P. Zediker**
                                                                 **President and Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Moser Enterprises, Inc.**                                      ,     Case No. _____

                                        Debtor

                                                        Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Katherine M. Ontko** | **Common** | **7.05%** | |
| **Katherine M. Ontko GST Exempt Trust**<br>**1315 Calvin Court**<br>**Naperville, IL 60540** | **Common** | **19.49%** | |
| **Matthew J. Moser** | **Common** | **1.07%** | |
| **Matthew J. Moser GST Exempt Trust** | **Common** | **19.49%** | |
| **Mitchell H. Moser**<br>**709 Burning Tree Lane**<br>**Naperville, IL 60563** | **Common** | **6.96%** | |
| **Mitchell H. Moser GST Exempt Trust** | **Common** | **19.49%** | |
| **Porter A. Moser** | **Common** | **6.96%** | |
| **Porter A. Moser GST Exempt Trust**<br>**601 Essex Court**<br>**Kirkwood, MO 63122** | **Common** | **19.49%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 27, 2010**_____          Signature **/s/ John P. Zediker**_____
                                                        **John P. Zediker**
                                                        **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**_____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moser Enterprises, Inc.**                                        Case No.

                                            Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **34**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 27, 2010**                                **/s/ John P. Zediker**

                                            **John P. Zediker/President and Chief Executive Officer**
                                            Signer/Title

American Express
PO Box 981535
El Paso, TX 79998-1535


Aramark Uniform Services
4200 S. Halsted
Suite 603
Chicago, IL 60609


AT&T
PO Box 8100
Aurora, IL 60507


Cbeyond Communication
13474 Collections Center Drive
Chicago, IL 60693


City of Naperville
400 S. Eagle Street
Naperville, IL 60540


Complete Cleaning Company, Inc.
615 Wheat Lane
Wood Dale, IL 60191-1161


Dommermuth, Brestal, Cobine & West
123 Water Street
Naperville, IL 60566


Earthlink, Inc.
PO Box 7645
Atlanta, GA 30357-7645


F.B.F. Development, LLC
24605 103rd Street
Naperville, IL 60564


FedEx
PO Box 94515
Palatine, IL 60094-4515


First Merit Bank f/k/a Midwest Bank
& Trust, Attn: Robert Fliss, SR VP
236 W. Lake St., Ste. 102
Bloomingdale, IL 60108

First Merit Bk fka MdWst Bk & Trst
Attn:Tom Moffitt-Stahl Crowley LLC
55 W Monroe St, Ste 1200
Chicago, IL 60603


First Midwest Bank
One Pierce Place, Suite 1500
Attn: Joseph Judd, President
Itasca, IL 60143


FMBF, Inc.
401 S. Main St., Suite 300
Naperville, IL 60540


Forest City - Harris Group
an IL Joint Venture
191 N. Wacker Dr., Ste. 1500
Chicago, IL 60606


Henneberry Investment Company
c/o Jayne H Vidmar, Registerd Agent
2445 Dougall Road
Joliet, IL 60433


Henneberry West, LLC.
401 S. Main Street
Suite 300
Naperville, IL 60540


HiTec Water Solutions
1410 N. Meacham Road
Schaumburg, IL 60173


HPD Cambridge, Inc.
41 South Old Orchard
Suite A
Saint Louis, MO 63119


Imagetec LP
21146 Network Place
Chicago, IL 60673-1211


John P. Zediker
1088 Johnson Drive
Naperville, IL 60540

Karen L. Vinton
414 Stonemill Lane
Oswego, IL 60543


Katherine M. Ontko GST Exempt Trust
1315 Calvin Court
Naperville, IL 60540


Michael J. Steck
4431 White Ash Lane
Naperville, IL 60564


Moser Plaza, LLC
401 S. Main Street
Suite 300
Naperville, IL 60540


Naper Partners, LLC
765 Orchard Road
Aurora, IL 60507


Naper Place, LLC
401 S. Main St.
Ste. 300
Naperville, IL 60540


Old Second Bank
37 S. River Street
Aurora, IL 60507


Old Second National Bank
37 South River Street
Aurora, IL 60506


Porter A. Moser GST Exempt Trust
601 Essex Court
Kirkwood, MO 63122


Ronald J. Wehrli
4431 White Ash Lane
Naperville, IL 60564

Seven Bridges Grill, LLC
a/k/a SBD Grill, LLC
401 S. Main St., Ste. 300
Naperville, IL 60540


US Bank f/k/a Park National
44 West Madison
Attn: Leonard J. Dzielski, VP
Oak Park, IL 60302


Wendy Yaksich
11731 Cooper Way
Orland Park, IL 60467

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moser Enterprises, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moser Enterprises, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 27, 2010**

Date

**/s/ Robert R. Benjamin**

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant

Counsel for   **Moser Enterprises, Inc.**

**Querrey & Harrow, Ltd.**

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**